MHF/USAO#2016R00239

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 SEP 20 PM 4: 45

CLERK'S OFFICE
AT BALTIMORE

BY____/K/____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal no. JFM-16-0467 |
| **DEJUAN DUFF,** | * | (Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1); |
| **Defendant.** | * | and Forfeiture, 18 U.S.C. § 924(d)) |

...oOo...

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about March 16, 2016, in the District of Maryland, the defendant,

**DEJUAN DUFF,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm:   a Smith & Wesson, Model 19-3, .357 caliber revolver, serial number 76288, loaded with six rounds of ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

As a result of the offense set forth in this Indictment,

**DEJUAN DUFF,**

the defendant herein, shall forfeit to the United States the firearm identified in the Indictment and involved in the offense.

18 U.S.C. § 924(d)

_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**
_____          9-20-16
FOREPERSON                                DATE

2